IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYREIK LARRY WATSON, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-145
)          CR413-128
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court are the Magistrate Judge's Reports and Recommendations (Doc. 5; Doc. 8), to which objections have been filed (Doc. 10). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Reports and Recommendations are **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA