

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-128
)
TYREIK LARRY WATSON, )
)
    Defendant. )
)

## O R D E R

Before the Court is Defendant Tyreik Larry Watson's Motion Pursuant to Federal Rule of Criminal Procedure 36. (Doc. 61.) In the motion, Defendant request the Court correct his presentence investigation report ("PSR") by clearly stating that the version of events described in paragraph 36 represents "only one official version of events that occurred during that incident." (Id. at 5.) According to Defendant, "this questionable information is causing prejudice to [him] as the BOP is using it in the classification process." (Id.)

After careful consideration, the Court can discern no grounds for relief. Defendant readily concedes that this is "an official version of events." (Id.) Therefore, there is no clerical error to correct. See Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct a clerical error in a

judgment, order, or other part of the record, or correct an <u>error</u> in the record arising from oversight or omission.") (emphasis added).

SO ORDERED this 23rd day of June 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA