**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.                                                          CASE NO.: 4:13-cr-128

TYREIK LARRY WATSON,

    Defendant.

**O R D E R**

The Court **DENIES AS MOOT** Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582(c), (doc. 90), and **GRANTS** the Government's Motion for Extension of Time to Respond, (doc. 93).  The Government filed its Response and explains that Defendant is no longer in the Bureau of Prisons' custody.  (See doc. 94-1.)  Therefore, Defendant's request that the Court reduce his term of imprisonment due to his health conditions and family circumstances is moot.

**SO ORDERED**, this 25th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA